

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | | Order Filed on July 21, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 11-31660-CMG<br><br>Chapter: 7<br><br>Hearing Date: July 21, 2020<br><br>Judge: Christine M. Gravelle | |
| **In Re:**<br><br>Richard F Mazzella,<br>    Debtor. | | |

**ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 21, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtor(s): Richard F Mazzella
Case No.: 11-31660-CMG
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on July 26, 2011 as Claim No. 1-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket.