| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC** 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 Telephone: 561-241-6901 Local Telephone: 973-575-0707 Attorneys For Secured Creditor | Case No.: 11-31660-CMG Chapter: 7 Hearing Date:  July 21, 2020 Judge:  Christine M. Gravelle |
| Shauna Deluca, Esq. (SD-8248) | |
| **In Re:** Richard F Mazzella, Debtor. | |

Order Filed on July 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 21, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**

Debtor(s): Richard F Mazzella
Case No.: 11-31660-CMG
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

---

      The court having reviewed the Motion to Redact a Previously Filed Document filed in this case

by PNC Bank NA and regarding the following documents:

(1)  Proof of Claim filed on July 26, 2011 as Claim No. 1-1 on the Claims Register.

      ORDERED that the above document(s) be immediately restricted from view on the Court's

public docket.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 11-31660-CMG
Richard F Mazzella                                                          Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 24, 2020
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db               +Richard F Mazzella,    13 Polonia St,    Spotswood, NJ 08884-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Catherine E. Youngman   cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman   on behalf of Trustee Catherine E. Youngman cyoungman@formanlaw.com,
           NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank, National Association as Legal Title Trustee
           for Truman 2012 SC2 Title Trust bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Karina  Velter   on behalf of Creditor   PNC Bank, N.A. Velter.karina@gmail.com
          Kirsten B. Ennis   on behalf of Debtor Richard F Mazzella pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Shauna M Deluca   on behalf of Creditor   PNC BANK, N.A. sdeluca@rasflaw.com
                                                                             TOTAL: 8